# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 26, 2020

160028

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

RUTH BARRIGER,
        Plaintiff-Appellant,

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

v

SC: 160028
COA: 339317
Wayne CC: 16-006535-NO

BON-TON DEPARTMENT STORES, INC.,
d/b/a CARSON'S,
        Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the June 20, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 26, 2020              

b0518                                 Clerk